A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellant.

48 So.2d 889

**Facie (alias Fay C.) BROOKS v. STATE.**
**4 Div. 160.**

Court of Appeals of Alabama.
Oct. 13, 1950.

Appeal from Circuit Court, Coffee County; Bowen W. Simmons, Special Judge.

Murder, second degree.

J. C. Fleming, of Elba, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellant.

47 So.2d 919

**Burt (alias Monk) BROWN v. STATE.**
**6 Div. 929.**

Court of Appeals of Alabama.
May 9, 1950.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

Assault and battery with weapon.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

44 So.2d 32

**James BROWN v. STATE.**
**6 Div. 749.**

Court of Appeals of Alabama.
Dec. 20, 1949.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

Assault with weapon.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Appeal dismissed.

46 So.2d 859

**Shirley Winford BROWN v. STATE.**
**6 Div. 920.**

Court of Appeals of Alabama.
April 25, 1950.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

Distilling.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Affirmed.

46 So.2d 859

**Shirley Winford BROWN v. STATE.**
**6 Div. 921.**

Court of Appeals of Alabama.
April 25, 1950.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

Leaving scene of accident.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

47 So.2d 919

**Walter W. BROWN v. STATE.**
**1 Div. 586.**

Court of Appeals of Alabama.
July 11, 1950.

Appeal from Circuit Court, Mobile County; D. H. Edington, Judge.